UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 05-60324-CR-ZLOCH

UNITED STATES OF AMERICA,

      Plaintiff,

vs.                                    **O R D E R**

LISA A. MAZURKEVITCH,

      Defendant.

_____/

THIS CAUSE came before the Court for hearing on Violation of Probation on June 16, 2008.

The Court has carefully considered the statements of all parties and the information contained in the violation report.  The Court finds by a preponderance of the evidence that the defendant has violated her conditions of Probation as set forth in Petition (DE 88) and the defendant admits same.

**IT IS HEREBY ORDERED AND ADJUDGED** that the defendant's Probation is hereby revoked and the defendant shall surrender to the institution designated by the Bureau of Prisons on or before **12:00 Noon, Thursday, July 31, 2008** to be imprisoned for a term of **nine (9) months** as to Count One of the Indictment.  If no facility has been designated, then defendant shall surrender at the Office of the United States Marshal, Fort Lauderdale, Florida, by Noon, July 31, 2008.

Upon release from imprisonment, the defendant shall be on supervised release for a term of **3 years** (minus custody time.)

Within 72 hours of release from the custody of the Bureau of Prisons, the defendant shall report in person to the probation office in the district where released.

While on supervised release, the defendant shall not commit any crimes, shall be prohibited from possessing a firearm or other dangerous devices, shall not possess a controlled substance and shall comply with the standard conditions of supervised release that have been adopted by this Court and with the following special conditions:

1.   The defendant shall provide complete access to financial information, including disclosure of all business and personal finances, to the U.S. Probation Officer;

2.   The defendant shall not apply for, solicit, or incur any further debt, included but not limited to loans, lines of credit or credit card charges, either as a principal or co-signer, as an individual or through any corporate entity, without first obtaining written permission from the Court;

3.   The defendant shall maintain full-time, legitimate employment and not be unemployed for a term of more than 30 days unless excused for schooling, training or other acceptable reasons. Further, the defendant shall provide documentation including, but not limited to pay stubs, contractual agreements, W-2 Wage and Earnings Statements, and other documentation requested by the U.S. Probation Officer; and

2

4.   The defendant shall obtain prior written approval from the Court before entering into any self-employment.

**IT IS FURTHER ORDERED** that the defendant shall pay joint and several restitution in the amount of $36,842.00. During the period of incarceration, payment shall be made as follows: (1) if the defendant earns wages in a Federal Prison Industries (UNICOR) job, then the defendant must pay 50% of wages earned toward the financial obligations imposed by this Judgment in a Criminal Case; (2) if the defendant does not work in a UNICOR job, then the defendant must pay $25.00 per quarter toward the financial obligations imposed in this order.

Upon release of incarceration, the defendant shall pay restitution at the rate of 10% of her monthly gross earnings, until such time as the court may alter that payment schedule in the interests of justice. The U.S. Bureau of Prisons, U.S. Probation Office and U.S. Attorney's Office shall monitor the payment of restitution and report to the court any material change in the defendant's ability to pay. These payments do not preclude the government from using other assets or income of the defendant to satisfy the restitution obligations. The restitution shall be made payable to Clerk, United States Courts, and forwarded to:

U.S. CLERK'S OFFICE
ATTN: FINANCIAL SECTION
400 NORTH MIAMI AVENUE, ROOM 8N09
MIAMI, FLORIDA 33128-7716

3

The restitution will be forwarded by the Clerk of the Court to the victim in this case.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this _____17th_____ day of June, 2008.


_____
WILLIAM J. ZLOCH
United States District Judge

cc:  Thomas P. Lanigan, Esq., AUSA
     Neison M. Marks, Esq., AFPD
     Michael Parrish, U.S. Probation Officer
     U.S. Marshal

4